FILED

JUN 7 2007

CLERK, U.S. DISTRICT
EASTERN DISTRICT OF CALIF
BY_____
              DEPUTY CLERK

1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant PEACHES CHANTE LABLUE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )   1:07-CR-00153-LJO
                                    )
            Plaintiff,              )   (No. CR 1:07-00125 DLB-1)
                                    )    MJS
    v.                              )   STIPULATION AND [PROPOSED]
                                    )   ORDER CONTINUING INITIAL
                                    )   APPEARANCE/ARRAIGNMENT
                                    )   DATE AND EXCLUSION OF TIME
PEACHES CHANTE LA BLUE,             )   old Date: 6/8/07
                                    )
            Defendant.              )   New Date: 6/22/07
                                    )              1:30 pm - Judge
                                                              Snyder

IT IS HEREBY STIPULATED, by and between the parties to this action, that the initial appearance/arraignment in this case, currently scheduled in the Eastern District of California on Friday, June 8, 2007 at 1:00 p.m. before the Duty Magistrate, located at 2500 Tulare Street, 6th Floor, Fresno, California, may be continued to Friday, June 22, 2007 at 1:30 p.m. for initial appearance/arraignment before the Duty Magistrate at the same location. The reason for the continuance is that the parties are discussing a possible Rule 20 to the Northern District of California and additional time and investigation is needed to determine whether this is feasible. A continuance

STIP. CONTINUING INITIAL
APPEARANCE/ARRAIGNMENT              - 1 -

to June 22, 2007, at 1:30 p.m. will allow time to complete the investigation and determine whether or not the cases will be transferred in accordance with Rule 20 of the Federal Rules of Criminal Procedure. The parties stipulate that the time from June 8, 2007, to June 22, 2007, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for continuity of counsel and for adequate preparation of counsel.

DATED: 6/7/07

JOYCE LEAVITT
Assistant Federal Public Defender

DATED: 6/7/07

STANLEY BOONE
Assistant United States Attorney

I agree to the stipulation set out above and promise to appear before the Duty Magistrate, on June 22, 2007, at 1:30 p.m. as ordered by the Court.

PEACHES CHANTE LA BLUE

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the that the initial appearance/arraignment in this case, currently scheduled in the Eastern District of California on Friday, June 6, 2007 at 1:00 p.m. before the Duty Magistrate, located at 2500 Tulare Street, 6th Floor, Fresno, California, may be continued to Friday, June 22, 2007, at 1:30 p.m. before the Duty Magistrate, located at 2500 Tulare Street, 6th Floor, Fresno, California, for initial appearance/arraignment.

STIP. CONTINUING INITIAL
APPEARANCE/ARRAIGNMENT                    - 2 -

1  IT IS FURTHER ORDERED that the time from June 8, 2007 to June 22, 2007, should be
2  excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and
3  (B)(iv) for continuity of counsel and adequate preparation of counsel. The Court finds that the ends
4  of justice served by the granting of the continuance outweigh the best interests of the public and the
5  defendant in a speedy and public trial and the failure to grant the requested continuance would
6
7  unreasonably deny the defendant's counsel the reasonable time necessary for effective preparation,
8  taking into account due diligence.

9  SO ORDERED.

10 DATED: 6/7/07

11                                                                 SM SNYDER
                                                          United States Magistrate Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIP. CONTINUING INITIAL
APPEARANCE/ARRAIGNMENT          - 3 -