FILED

JUN 22 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
          DEPUTY CLERK

1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant PEACHES CHANTE LABLUE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. 07 CR 00153 LJO |
| | ) | *and* |
| v. | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL APPEARANCE/ARRAIGNMENT DATE AND EXCLUSION OF TIME |
| PEACHES CHANTE LA BLUE, | ) | New Date: 7/13/2007 |
| Defendant. | ) | Time: 9:00 A.M. |
| | ) | Before: Judge O'Neill |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the initial appearance/arraignment in this case, currently scheduled in the Eastern District of California on Friday, June 22, 2007 at 1:30 p.m. before the Duty Magistrate may be continued to Friday, July 13, 2007 at 9:00 a.m. before the Honorable Judge Lawrence J. O'Neill, located at 2500 Tulare Street, 7th Floor, Fresno, California. The reason for the continuance is that the parties are still discussing a possible Rule 20 to the Northern District of California and additional time and investigation is needed to determine whether this is feasible. A continuance to July 13, 2007, at 9:00

STIP. CONTINUING INITIAL
APPEARANCE/ARRAIGNMENT         - 1 -

a.m. should allow time to complete the investigation and determine whether or not the cases will be transferred in accordance with Rule 20 of the Federal Rules of Criminal Procedure. The parties stipulate that the time from June 22, 2007, to July 13, 2007, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for continuity of counsel and for adequate preparation of counsel.

DATED: 6/21/07

JOYCE LEAVITT
Assistant Federal Public Defender

DATED: 6/20/07

STANLEY BOONE
Assistant United States Attorney

I agree to the stipulation set out above and promise to appear before the Honorable Judge Lawrence J. O'Neill, on July 13, 2007, at 9:00 a.m. as ordered by the Court.

PEACHES CHANTE LA BLUE

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the that the initial appearance/arraignment in this case, currently scheduled in the Eastern District of California on Friday, June 22, 2007 at 1:30 p.m. before the Duty Magistrate may be continued to Friday, July , 2007, at 1:30 p.m. before the Honorable Lawrence J. O'Neill, located at 2500 Tulare Street, 7th Floor, Fresno, California, for status.

STIP. CONTINUING INITIAL
APPEARANCE/ARRAIGNMENT                -2-

1
2      IT IS FURTHER ORDERED that the time from June 22, 2007 to July 13, 2007, should be
3 excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and
4 (B)(iv) for continuity of counsel and adequate preparation of counsel. The Court finds that the ends
5
6 of justice served by the granting of the continuance outweigh the best interests of the public and the
7 defendant in a speedy and public trial and the failure to grant the requested continuance would
8 unreasonably deny the defendant's counsel the reasonable time necessary for effective preparation,
9 taking into account due diligence.
10      SO ORDERED.
11 DATED: 6/22/07
12                                         SANDRA M. SNYDER
                                         United States Magistrate Judge

STIP. CONTINUING INITIAL
APPEARANCE/ARRAIGNMENT             - 3 -