1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant PEACHES CHANTE LABLUE

**FILED**
JUL 12 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 07 CR 00153 LJO |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER CONTINUING INITIAL |
| ) | APPEARANCE/ARRAIGNMENT |
| ) | DATE AND EXCLUSION OF TIME |
| PEACHES CHANTE LA BLUE, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the initial appearance/arraignment in this case, currently scheduled in the Eastern District of California on Friday, July 13, 2007 at 9:00 a.m. before the Honorable Judge Lawrence J. O'Neill, located at 2500 Tulare Street, 7th Floor, Fresno, California may be continued to Friday, August 24, 2007 at 9:00 a.m. before Judge O'Neill.  The parties are anticipating a possible Rule 20 to the Northern District of California and additional time and investigation is needed to determine whether this is feasible.  A continuance to August 24, 2007, at 9:00 a.m. should allow time to complete the investigation and

*United States v. Peaches LaBlue,*
07 CR 00153 LJO; STIP. CONT. STATUS          - 1 -

determine whether or not the cases will be transferred in accordance with Rule 20 of the Federal Rules of Criminal Procedure. The parties stipulate that the time from July 13, 2007, to August 24, 2007, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for continuity of counsel and for adequate preparation of counsel.

DATED: 7/10/07

JOYCE LEAVITT
Assistant Federal Public Defender

DATED: 7/12/07

STANLEY BOONE
Assistant United States Attorney

I agree to the stipulation set out above and promise to appear before the Honorable Judge Lawrence J. O'Neill, on August 24, 2007, at 9:00 a.m. as ordered by the Court.

PEACHES CHANTE LA BLUE

### ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the that the initial appearance/arraignment in this case, currently scheduled in the Eastern District of California on Friday, July 13, 2007, at 1:30 p.m. before the Honorable Lawrence J. O'Neill, located at 2500 Tulare Street, 7th Floor, Fresno, California, is hereby continued to Friday, August 24, 2007, at 9:00 a.m. before Judge O'Neill for status.

1  IT IS FURTHER ORDERED that the time from July 13, 2007 to August 24, 2007, should be
2  excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and
3  (B)(iv) for continuity of counsel and adequate preparation of counsel. The Court finds that the ends
4  of justice served by the granting of the continuance outweigh the best interests of the public and the
5  defendant in a speedy and public trial and the failure to grant the requested continuance would
6
7  unreasonably deny the defendant's counsel the reasonable time necessary for effective preparation,
8  taking into account due diligence.
9  SO ORDERED. — good cause exists both to continue and to exclude time.
10 DATED: July 12, 2007.              _____
11                                     LAWRENCE J. O'NEILL
                                       United States District Judge
12
13
...
26

*United States v. Peaches LaBlue,*
07 CR 00153 LJO; STIP. CONT. STATUS         - 3 -