# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# AT FRESNO

| | | |
|---|---|---|
| USA | ) | 1:07CR00153 LJO |
|       Plaintiff, | ) | |
| vs. | ) | **ORDER TO APPEAR** |
| PEACHES CHANTE LaBLUE | ) | |
|       Defendant. | ) | |

On June 7, 2007, an Indictment was filed for the above-named defendant. On January 10, 2008, the Rule 20 documents were received and filed in the Eastern District of California.

The Court orders that the defendant Peaches Chante LaBlue shall appear before U.S. Magistrate Judge Dennis L. Beck for arraignment on April 18, 2008 at 1:30pm in Department 9.

IT IS SO ORDERED.

**Dated:   March 26, 2008**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE