**DANIEL L. HARRALSON, SBN. 109322**
The Daniel Harralson Law Firm
A Professional Corporation
P.O. Box 26688-6688
Fresno, California 93729
Telephone (559) 486-4560
Facsimile (559) 486-4320

Attorney for Defendant PEACHES CHANTE LABLUE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>PEACHES CHANTE LABLUE, et al.,<br><br>　　　　　Defendants. | ) Case No.: 1:07 CR 00153LJO<br>)<br>) **STIPULATION AND ORDER TO CONTINUE**<br>) **SENTENCING HEARING OF**<br>) **AUGUST 15, 2008**<br>)<br>) Date:　August 15, 2008<br>) Time:　9:00 a.m.<br>) Judge:　Honorable Beck<br>)<br>) |

　　　**IT IS HEREBY STIPULATED between** the parties in this action, to request that the Court continue the current Sentencing date of **August 15, 2008,** to **October 17, 2008** or as soon thereafter as the Court deems appropriate.

　　　This continuance is necessary as Defendant continues to suffer from seizures and is currently in the hospital being evaluated by doctors and may undergo surgery to correct the seizures.  Due to Defendant's current medical condition counsel is continuing the probation interview, which will require the sentencing hearing to be rescheduled.

**IT IS SO AGREED:**

Dated: July __18__, 2008                    UNITED STATES ATTORNEY OFFICE


                                            _____/s/_____
                                            **STANLEY BOONE**
                                            **Assistant United States Attorney**

Dated: July __18__, 2008                    **THE DANIEL HARRALSON LAW FIRM**
                                            A Professional Corporation


                                            _____/s/ daniel harralson_____
                                            **DANIEL L. HARRALSON, ESQ.**
                                            **Attorney for Defendant**


## ORDER

DEFENDANT having filed a Stipulation to Continue Sentencing of August 15, 2008, good cause appearing,

**IT IS HEREBY ORDERED** that the Sentencing Hearing of August 15, 2008 be continued to October 10, 2008, at 9:00 am.

IT IS SO ORDERED.

Dated: __July 23, 2008__                    _____/s/ Lawrence J. O'Neill_____
       UNITED STATES DISTRICT JUDGE