FILED

OCT 27 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | No. 1:07-CR-153 LJO |
| ) | |
| vs. ) | ORDER OF RELEASE |
| ) | |
| PEACHES CHANTE LABLUE ) | |
| ) | |
| Defendant. ) | |

The above-named defendant was sentenced on October 27, 2008. The defendant must report to the probation office in Oakland, CA within 72 hours of release from the custody of the Fresno County Jail, no later than Thursday, October 30, 2008 at 4:00pm.

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: October 27, 2008

LAWRENCE J. O'NEILL
U.S. District Judge

1